Opinion issued December 11, 2018



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00232-CV

———————————

**CHANDLER JOSEPH GRANT NETANEL, Appellant**

**V.**

**GWR APPLEWOOD LLC DBA APPLEWOOD VILLAGE, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1106732**

---

## MEMORANDUM OPINION

Appellant's brief was originally due more than five months ago. The court granted two extensions and, on November 2, 2018, sent appellant a third notice that the brief was overdue. This notice stated that unless the brief was filed within ten days, the appeal might be dismissed for want of prosecution. No brief was received.

On November 21, 2018, appellant filed his third motion for extension. The motion is denied. We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3. All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.